**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RUBY L. SIMMONS,**

   **Plaintiff,**

 vs.              **Civil Action 2:06-CV-867
                  Judge Smith
                  Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

<u>**ORDER**</u>

   On January 31, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and this action be remanded for further consideration. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

   The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is hereby **REVERSED** and this action is **REMANDED** for further consideration of plaintiff's subjective complaints of fatigue.

   The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                *s/George C. Smith*
                George C. Smith, Judge
                United States District Court